MORGAN, LEWIS & BOCKIUS LLP

John S. Battenfeld, Bar No. 119513
john.battenfeld@morganlewis.com
300 S. Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.1018
Fax: +1.213.612.2501

Christopher J. Banks, Bar No. 218779
christopher.banks@morganlewis.com
Theresa Mak, Bar No. 211435
theresa.mak@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1354
Fax: +1.415.442.1001

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEF LAWSON, in his capacity as Private Attorney General Representative,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Case No. 2:17-cv-02515-AB-RAO<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER OR STAY**<br><br>Date: September 15, 2017<br>Time: 10:00 a.m.<br>Dept.: Courtroom 7B<br>Hon. André Birotte Jr. |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 15, 2017 at 10:00 a.m. (or as soon thereafter as the matter may be heard in Courtroom 7B of the above-entitled Court), Defendants Amazon.com, Inc. and Amazon Logistics, Inc. (together, "Defendants" and "Amazon") will move the Court for an order dismissing all claims of Plaintiff Iain Mack ("Plaintiff") in favor of the related and first filed *Rittmann, et al. v. Amazon.com, Inc. and Amazon Logistics, Inc.*, Case No. 2:16-cv-01554-JCC (W.D. Wash.), class and collective action currently pending in the Western District of Washington (*Rittmann*). In the alternative, Defendants move for an order transferring this matter to the Western District of Washington or staying this action in its entirety.

This motion is made pursuant to the first-to-file rule of federal comity. *See Pacesetter Sys, Inc. v. Medtronic, Inc.*, 678 F.2d 93, 94-95 (9th Cir. 1982); *Cedars-Sinai Med. Ctr. v. Shalala*, 125 F.3d 765, 769 (9th Cir. 1997). Where, as here, an action is brought and there is another earlier filed case (or here two earlier cases) alleging the same or similar claims on behalf of the same or a similar class, principles of federal judicial comity compel dismissal, a stay or transfer. *Id.*

This motion is made following the conference of counsel pursuant to L.R.7-3 which took place on June 2, 2017. The foregoing motion is based on this notice of motion, the accompanying memorandum of points and authorities, the declaration of Kyle Bowers filed concurrently herewith and all exhibits attached thereto, all pleadings and motions on file in this action, and on such further written or oral argument as may be permitted by this Court.

| | |
|---|---|
| Dated: August 16, 2017 | MORGAN, LEWIS & BOCKIUS LLP<br>John S. Battenfeld<br>Christopher J. Banks<br>Theresa Mak<br><br>By: /s/ *Johh S. Battenfeld*<br>    John S. Battenfeld<br>    Attorneys for Defendant |